No. A-CV-16-80

COURT OF APPEALS OF THE NAVAJO NATION

July 25, 1980

Marie BENALLY, Appellant,

vs.

Ben L. MONTANO, Appellee.

ORDER DISMISSING APPEAL

Wilbert Tsosie, Esq., Shiprock, Navajo Nation (New Mexico), for Appellant and Herman Light, Esq., Shiprock, Navajo Nation (New Mexico), for Appellee.

The Chief Justice of the Navajo Nation, having reviewed the above entitled matter pursuant to Title 7, Section 801, of the Navajo Tribal Code, this appeal is HEREBY DISMISSED for failure to comply with Rule 6(a) of the Navajo Court Rules of Appellate Procedure because the notice of appeal was not served upon the opposing party or his counsel by personal service or by certified mail.